D. JAMES TREE U.S. MAGISTRATE JUDGE MARY ALICE THEILER
Attorney At Law
Tree Law Offices
3711 Englewood Avenue
Yakima, WA 98902
Telephone: (509) 452-1700
Fax: (509) 577-9109

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEANNE KING, | ) |
| Plaintiff, | ) CIVIL NO: 2:18-cv-01844-MAT |
| vs. | ) ~~PROPOSED~~ ORDER FOR ATTORNEY FEES |
| COMMISSIONER OF SOCIAL SECURITY | ) |
| Defendant | ) |

It is hereby ORDERED that Plaintiff is awarded attorney fees in the amount $4,899.44 pursuant to the Equal Access to Justice Act, 28 U.S.C. ' 2412 . Plaintiff's EAJA fees which are not subject to any offset allowed under the Department of the Treasury's Offset Program, shall be made payable to D. James Tree, based upon Plaintiff's assignment of these amounts to Mr. Tree, and that any check for EAJA fees shall be mailed to Mr. Tree at 3711 Englewood Avenue, Yakima, WA 98902, or direct deposited into the Tree Law Office account.

DATED this 22nd day of October, 2019.

*Mary Alice Theiler signature*

Mary Alice Theiler
United States Magistrate Judge

Presented by:

S/ D. JAMES TREE, WSBA#1697

Attorney for Plaintiff

PROPOSED ORDER FOR ATTORNEY FEES [2:18-cv-01844-MAT] - 2     Tree Law Office
3711 Englewood Ave.
Yakima, WA 98902
Phone: 509-452-1700